IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LARRY BENNETT | CIVIL ACTION |
|---|---|
| v. | NO. 19-3214 |
| DOLLAR GENERAL, INC., DOLGENCORP, LLC | |

## ORDER RE: MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 13th day of July, 2020, upon consideration of Defendants' Motion for Summary Judgment (ECF 12), and Plaintiff's response (ECF 13), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-3214 Bennett v Dollar GEneral\19cv3214 order 07132020.docx