**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| LARRY BENNETT | CIVIL ACTION |
|---|---|
| v. | NO. 19-3214 |
| DOLLAR GENERAL, INC. & DOLGENCORP, LLC | |

## ORDER

**AND NOW, TO WIT:**   This 18th day of May, 2021, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.


**KATE BARKMAN**, Clerk of Court



**BY:**    /s/ Amanda R. Frazier
            Amanda R. Frazier
            Deputy Clerk


O:\CIVIL 19\19-3214 Bennett v Dollar GEneral\19cv3214 41b.docx